# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 26, 2012

**Before**

FRANK H. EASTERBROOK, *Chief Judge*

JOHN DANIEL TINDER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

| | |
|---|---|
| CRAIG MILLER and NANCY MILLER, <br> *Plaintiffs-Appellees,* | Appeals from the United States District Court for the Eastern District of Wisconsin. |
| Nos. 11-1232 & 11-1738    *v.* | No. 06-C-1021 |
| SAFECO INSURANCE COMPANY OF AMERICA, <br> *Defendant-Appellant*. | William E. Callahan, Jr., *Magistrate Judge.* |

**O R D E R**

The slip opinion issued in the above-entitled cause on June 25, 2012, is amended as follows:

> On page 1, and for each page heading thereafter, the appellate case numbers should be reflected as "Nos. 11-1232 & 11-1738".